FRED G. BURTON, *Plaintiff in Error,* vs. A. FRANK PRICE, *Defendant in Error.*
135 So. 906.
Special Division B.
Decision filed July 22, 1931.

*W. Kenneth Barnes,* for Plaintiff in Error;
*Arthur L. Auvil,* for Defendant in Error.

PER CURIAM.—In this case there is an order sustaining a demurrer to the declaration but no final judgment to which writ of error will lie. The cause is, therefore, dismissed.

Dismissed.

BUFORD, C.J., AND WHITFIELD AND DAVIS, J.J., concur.